# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2017

154139

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

DEONTE RIDLEY, a minor, by his Next Friend
EDWIN ALEXANDER,
               Plaintiff-Appellee,

v

KURT BRITNELL, MICKEY REDMOND,
ERNIE SMITH, and KEVIN BIGA,
               Defendants-Appellants.

SC: 154139
COA: 326517
Wayne CC: 13-014705-NO

_____/

      On order of the Court, the application for leave to appeal the June 14, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2017



Clerk

p0920